IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JUSTIN A. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:21-CV-00523 |
| TOWN OF ROCKY MOUNT, VIRGINIA, | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Justin A. Smith hereby files this Stipulation of Dismissal, with prejudice. Each party shall bear its costs. All parties consent to the dismissal as evidenced by their signatures hereto.

Respectfully Submitted,

JUSTIN A. SMITH

By: */s/ Terry N. Grimes*
      Of Counsel

/s/ Terry N. Grimes
Terry N. Grimes, Esquire (VSB No. 24127)
TERRY N. GRIMES, ESQ., P.C.
Franklin Commons
320 Elm Avenue, SW
Roanoke, Virginia 24016-4001
(540) 982-3711 *Phone*
(540) 345-6572 *Facsimile*
Email: *tgrimes@terryngrimes.com*
*Counsel for Plaintiff*

/s/ James A. L. Daniel
James A. L. Daniel, Esquire (VSB No. 03881)
DANIEL, MEDLEY & KIRBY, P.C.
Post Office Box 720
Danville, Virginia 24543-0720
Phone: (434) 792-3911
Facsimile: 434-793-5724
Email: jdaniel@dmklawfirm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of May 2022, a true and accurate copy of the foregoing was filed electronically with the CM/ECF system which will provide copies to counsel of record.

>         */s/ Terry N. Grimes*
> Terry N. Grimes